MARGARET J. CLARK, as Administratrix, etc., of FRANK J. CLARK, Deceased, Appellant, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent,— Motion by defendant, respondent, for an order and direction that the record on appeal be returned and transmitted to the Trial Term for such as is determined to be proper action and consideration on a motion to amend and correct the case on appeal, and for relief from the stipulation of settlement of the case and exceptions, together with such other and further relief as may be deemed just and proper by the Trial Term and the justice who presided at the trial and ordered the settling of the case, granted. Cross-motion by plaintiff, appellant, for an order determining that the stipulations appearing at folios 180 and 181 and folios 221 and 222 of the record are binding upon both parties, denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ERNEST FRIEDLANDER, Appellant, against MOTOR CAR TRANSPORTATION COMPANY and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for order extending claimant's time to file case on appeal granted; appellant, however, to perfect appeal, file and serve printed record on appeal, on or before August 1, 1935, and brief, and be ready for argument at the September term. Motion for leave to file typewritten case on appeal and typewritten briefs, denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application and Petition of GENERAL REINSURANCE CORPORATION, Petitioner, for a Certiorari Order against GEORGE S. VAN SCHAICK, as Superintendent of Insurance of the State of New York, Respondent.— Motion for order permitting Louis H. Pink, the present Superintendent of Insurance of the State of New York, to be substituted as a party respondent in the place of George S. Van Schaick, former Superintendent of Insurance of the State of New York, now resigned, granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [See ante, p. 846.]